IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

    Phyllis D. Harrell            No. 08 B 31882

                Debtor

## NOTICE OF FILING OF RULE 3002.1(g) STATEMENT

TO:  Phyllis D. Harrell, 509 Barrington Court, University Park, Illinois 60466

     Michelle K. Hinds, c/o Macey Bankruptcy Law, P.C., 233 S. Wacker Drive, Suite 5150, Chicago, Illinois 60606

     Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, Illinois 60532

     PLEASE TAKE NOTICE that on July 2, 2013, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, BankFinancial FSB's Rule 3002.1(g) Statement, copy attached.

                                                /s/Christopher S. Fowler

Christopher S. Fowler
Crowley & Lamb, P.C.
221 North LaSalle Street
Suite 1550
Chicago, Illinois 60601
(312) 670-6900

CERTIFICATE OF SERVICE

   I, Iscel Y. Benavides, a non-attorney certify that I serve a copy of this Notice of Filing and BankFinancial FSB's Rule 3002.1(g) Statement to Debtor's attorney Michelle K. Hinds and to Chapter 13 Trustee Glen Stearns via electronic notice on July 2, 2013, and by mailing copies to Debtor Phyllis Harrell and depositing same in the U.S. Mail at 221 N. LaSalle Street, Chicago, Illinois before 5:00 p.m., on July 2, 2013, with proper postage prepaid.

SUBSCRIBED AND SWORN TO
Before me this 2 day
of July, 2013.

_____
NOTARY PUBLIC

OFFICIAL SEAL
IRINA PROKIP
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/20/16

Christopher S. Fowler
Crowley & Lamb, P.C.
221 North LaSalle Street
Suite 1550
Chicago, Illinois 60601
(312) 670-6900

2